Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENNETT & LOGAN, LLC d.b.a. GASLIGHT INN BED AND BREAKFAST,

        Plaintiff,

v.

OREGON MUTUAL INSURANCE COMPANY, an insurance company,

        Defendant.

No. 2:22-cv-00520-JHC

ORDER GRANTING PLAINTIFF'S MOTION TO STAY

THIS MATTER came on before this Court on Plaintiff's Motion to Stay ("Motion"). The Court has duly considered the files and records herein, and the below-listed pleadings, papers, declarations, and exhibits submitted by the parties:

1. Plaintiff's Motion to Stay;

2. Defendant's Response; and

3. Plaintiff's Reply.

NOW, THEREFORE, IT IS HEREBY ORDERED Plaintiff's Motion is GRANTED.

ORDER GRANTING PLAINTIFF'S MOTION TO STAY - 1
(2:22-cv-00520-JHC)

It is further ORDERED: the parties shall provide a Status Report within fourteen (14) days following issuance of a final decision in *Hill & Stout PLLC v. Mutual of Enumclaw Ins. Co.*, No. 100211-4 (Wash. review granted Jan. 5, 2022).

It is so ordered.

DATED this 31st day of May, 2022.

*John H. Chun*
_____
The Honorable John H. Chun
United States District Judge