Honorable John H. Chun

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

BENNETT & LOGAN, LLC d.b.a. GASLIGHT
INN BED AND BREAKFAST,

11

Plaintiff,

No. 2:22-cv-00520-JHC

12

v.

13

ORDER ON STIPULATED MOTION
FOR VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(A)(1)(A)(II)

OREGON MUTUAL INSURANCE
COMPANY, an Ohio insurance company,

14
15

Defendant.

16
17

THIS MATTER came before the Court on the Parties' Stipulation for Voluntary

18

Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  After having considered

19

the Parties' Motion,

20

It is hereby ORDERED that the Parties' Motion is Granted:

21

This matter is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P.

22
23

41(a)(1)(A)(ii), with each party bearing its own costs and fees.

24

DONE IN OPEN COURT this 8th day of September, 2022.

25

_____

26

HON. JOHN H. CHUN
United States District Court Judge

ORDER ON STIPULATED MOTION FOR VOLUNTARY
DISMISSAL - 1
(2:22-cv-00520-JHC)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  Presented by:

2  KELLER ROHRBACK L.L.P.                    SOHA & LANG, P.S.

3

4  By: *s/ Nathan L. Nanfelt*                 By: *s/ Rachel A. Rubin*
   By: *s/ Gabriel E. Verdugo*                    Rachel A. Rubin, WSBA #48971
5      Nathan L. Nanfelt, WSBA #45273             1325 Fourth Avenue, Suite 2000
       Gabriel E. Verdugo, WSBA #44154            Seattle, WA 98101-2570
6      1201 Third Avenue, Suite 3200              Phone: (206) 624-1800
       Seattle, WA 98101                          Fax: (206) 624-3585
7      Phone: (206) 623-1900                      Email: rubin@sohalang.com
       Fax: (206) 623-3384
8      Email:                                  ***Attorney for Defendant***
       nnanfelt@kellerrohrback.com
9      Email:
       gverdugo@kellerrohrback.com
10
   CRANE DUNHAM PLLC
11

12 By: *s/ Stephen J. Crane*
       Stephen J. Crane, WSBA #4932
13     3600 15th Ave. W, Suite 200
       Seattle, WA 98119
14     Phone: (206) 292-9090
       Fax: (206) 292-9736
15     Email: scrane@cranedunham.com

16 ***Attorneys for Plaintiff***

17

18

19

20

21

22

23

24

25

26

ORDER ON STIPULATED MOTION FOR VOLUNTARY          **KELLER ROHRBACK L.L.P.**
DISMISSAL - 2                                      1201 Third Avenue, Suite 3200
(2:22-cv-00520-JHC)                                Seattle, WA 98101-3052
                                                   TELEPHONE: (206) 623-1900
                                                   FACSIMILE: (206) 623-3384